

# Doonan, Graves & Longoria LLC

## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

September 1, 2022

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Joan C. Cozzone
19 Goodwin Street
Apt. A
Springvale, ME 04083

**Certified Article Number**
9414 7266 9904 2200 4542 13
SENDER'S RECORD

Joan C. Cozzone
1 Butler Street, Apt. 11
Springvale, ME 04083

**Certified Article Number**
9414 7266 9904 2200 4542 75
SENDER'S RECORD

Joan C. Cozzone
18B Rankin Street
Springvale, ME 04083

**Certified Article Number**
9414 7266 9904 2200 4542 68
SENDER'S RECORD

Joan C. Cozzone
22 Montreal Street
Sanford, ME 04073

**Certified Article Number**
9414 7266 9904 2200 4542 82
SENDER'S RECORD

Michael M. Cozzone, Jr
428 Dow Hwy
Eliot, ME 03903

**Certified Article Number**
9414 7266 9904 2200 4542 51
SENDER'S RECORD

Michael M. Cozzone, Jr
1 Butler Street, Apt. 11
Springvale, ME 04083

**Certified Article Number**
9414 7266 9904 2200 4542 44
SENDER'S RECORD

Michael M. Cozzone, Jr
18B Rankin Street
Springvale, ME 04083

**Certified Article Number**
9414 7266 9904 2200 4542 37
SENDER'S RECORD

Michael M. Cozzone, Jr
22 Montreal Street
Sanford, ME 04073

**Certified Article Number**
9414 7266 9904 2200 4542 20
SENDER'S RECORD

EXHIBIT
**H**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:      22 Montreal Street, Sanford, ME 04073
     Loan Number:
     Payment Due Date:     February 1, 2014

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 and the Owner/Investor, U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for Aegis Lending Corporation its successors and assigns (if MERs) dated February 9, 2007 and recorded in the York County Registry of Deeds in Book 15133, Page 285. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

Payments                        $165,229.05

**TOTAL TO CURE DEFAULT:**     $165,229.05

A portion of the amount due is reasonable interest in the amount of $94,644.36.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $165,229.05 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:  **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119.  Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may

result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of

this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5

by its attorney

Reneau J. Longoria, Esq.

MNK
cc:  Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

4015.97

This listing is current as of **01/23/2022**.

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
          Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
          - Mortgage Delinquency and Default Resolution Counseling
          - Pre-purchase Counseling
          - Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** Info@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
          Bath, Maine 04530-1515
**Counseling Services:** - Rental Housing Workshops
          - Services for Homeless Counseling
**Languages:** - English
          - Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
          Suite 100
          BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
          - Financial Management/Budget Counseling
          - Home Improvement and Rehabilitation Counseling
          - Mortgage Delinquency and Default Resolution Counseling
          - Non-Delinquency Post Purchase Workshops
          - Pre-purchase Counseling
          - Pre-purchase Homebuyer Education Workshops
          - Predatory Lending Education Workshops
          - Rental Housing Counseling
          - Reverse Mortgage Counseling
          - Services for Homeless Counseling
**Languages:** - English
          - Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
          Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
          - Financial, Budgeting, and Credit Workshops
          - Home Improvement and Rehabilitation Counseling
          - Non-Delinquency Post Purchase Workshops
          - Pre-purchase Counseling
          - Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndlgeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** mesha.quinn@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** info@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339

Counseling Services:  - Financial Management/Budget Counseling
                      - Mortgage Delinquency and Default Resolution Counseling
                      - Pre-purchase Counseling
                      - Pre-purchase Homebuyer Education Workshops
         Languages:  - English
        Affiliation:  NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
          Website:   http://www.kvcap.org
        Agency ID:  81685

**B**  **A**

FOLD AND TEAR THIS WAY ⟶

Label #5 (OPTIONAL)    OPTIONAL

Label #3

Joan C. Cozzone
22 Montreal Street
Sanford, ME 04073

Label #2

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2200 4542 85

⟵ TEAR ALONG THIS

**Certified Mail Restricted Delivery $**

**Postage**    $0.81

**Total Postage and Fees**    $8.87    9/1/2022

**Here**

**Sent to:**

Joan C. Cozzone
22 Montreal Street
Sanford, ME 04073

HCNS
Joan C. Cozzone, Michael M. Cozzone,
Jr
4015.97

**Reference Information**

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number



Label #4

**B**   **A**

FOLD AND TEAR THIS WAY ─→ OPTIONAL

Label #3

Label #2

Label #5 (OPTIONAL)

Joan C. Cozzone
1 Butler Street, Apt. 11
Springvale, ME 04083

9590 9266 9904 2200 4542 76

Label #6 - Return Receipt Barcode (Sender's Record)

←── TEAR ALONG THIS

**Certified Mail Restricted Delivery $**

**Postage**   $0.81

**Total Postage and Fees**   $8.87   9/1/2022

**Here**

**Sent to:**

Joan C. Cozzone
1 Butler Street, Apt. 11
Springvale, ME 04083

HCNS
Joan C. Cozzone, Michael M. Cozzone,
Jr
4015.97

**Reference Information**

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number

Label #4



A

FOLD AND TEAR THIS WAY → OPTIONAL

B

Label #5 (OPTIONAL)

Label #3

Joan C. Cozzone
18B Rankin Street
Springvale, ME 04083

Label #2

← TEAR ALONG THIS

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9426 9964 0022 4542 91

Certified Mail Restricted Delivery $

Postage $ 0.81

Total Postage and Fees $ 8.87   9/1/2022

Here

Sent to:

Joan C. Cozzone
18B Rankin Street
Springvale, ME 04083

HC/NS
Joan C. Cozzone, Michael M. Cozzone,
Jr
4015.97

Reference Information

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number

Label #4

B A

FOLD AND TEAR THIS WAY →   OPTIONAL

Label #3

Label #2

Label #5 (OPTIONAL)

Michael M. Cozzone, Jr
428 Dow Hwy
Eliot, ME 03903

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2200 4542 54

← TEAR ALONG THIS

**Certified Mail Restricted Delivery $**

**Postage** $0.81

**Total Postage and Fees** $8.87

9/1/2022

Here

**Sent to:**
Michael M. Cozzone, Jr
428 Dow Hwy
Eliot, ME 03903

HC/NS
Joan C. Cozzone, Michael M. Cozzone,
Jr
4015.97

**Reference Information**

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number



**A**

**FOLD AND TEAR THIS WAY** →   OPTIONAL

**B**

Label #3

Label #2

Michael M. Cozzone, Jr
1 Butler Street, Apt. 11
Springvale, ME 04083

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9426 9904 2200 4542 47



← TEAR ALONG THIS

**Certified Mail Restricted Delivery** $

**Postage**  $ 0.81

**Total Postage and Fees**  $ 8.87   9/1/2022

**Sent to:**

Michael M. Cozzone, Jr
1 Butler Street, Apt. 11
Springvale, ME 04083

**Reference Information**

HCNS
Joan C. Cozzone, Michael M. Cozzone,
Jr
4015.97

**Here**

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number

Label #4

B A

**FOLD AND TEAR THIS WAY** ➔ OPTIONAL

Label #3

Label #2

Label #5 (OPTIONAL)

Michael M. Cozzone, Jr
18B Rankin Street
Springvale, ME 04083

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9426 9904 0022 4404 4542 30

← TEAR ALONG THIS

**Certified Mail Restricted Delivery $**

**Total Postage and Fees**
$ 8.87

**Postage**
$ 0.81

9/1/2022

Here

Michael M. Cozzone, Jr
18B Rankin Street
Springvale, ME 04083

**Sent to:**

Joan C. Cozzone, Michael M. Cozzone,
Jr
HC/NS

4015.97

**Reference Information**

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number

Label #4

B  A

Label #2

Label #3

FOLD AND TEAR THIS WAY ⟶ OPTIONAL

Label #5 (OPTIONAL)

Michael M. Cozzone, Jr
22 Montreal Street
Sanford, ME 04073

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9256 9904 2200 4542 23

⟵ TEAR ALONG THIS

Michael M. Cozzone, Jr
22 Montreal Street
Sanford, ME 04073

**Sent to:**
Joan C. Cozzone, Michael M. Cozzone,
Jr
4015.97

HC/NS

**Reference Information**

Total Postage and Fees      $ 8.87

Postage      $ 0.81

Certified Mail Restricted Delivery $

9/1/2022

Here

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number





**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915

To:
Joan C. Cozzone
18B Rankin Street
Springvale, ME 04083

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915

To:
Joan C. Cozzone
22 Montreal Street
Sanford, ME 04073

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915

To:
Michael M. Cozzone, Jr
428 Dow Hwy
Eliot, ME 03903

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915

To:
Joan C. Cozzone
19 Goodwin Street
Apt. A
Springvale, ME 04083

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915

To:
Michael M. Cozzone, Jr
1 Butler Street, Apt. 11
Springvale, ME 04083

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915

To:
Michael M. Cozzone, Jr
22 Montreal Street
Sanford, ME 04073

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915

To:
Michael M. Cozzone, Jr

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From:
DGL
100 Cummings Ctr, Ste. 303C
Beverly, MA 01915






U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22
AMOUNT
**$1.75**
R2305K136607
-14

U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22
AMOUNT
**$1.75**
R2305K136607
-14





U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22
AMOUNT
**$1.75**
R2305K136607
-14

U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22
AMOUNT
**$1.75**
R2305K136607
-14








U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22
AMOUNT
**$1.75**
R2305K136607
-14

U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22
AMOUNT
**$1.75**
R2305K136607
-14




U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22

U.S. POSTAGE PAID
BEVERLY, MA
01915
SEP 01, 22

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 6:57 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84199

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Joan

Consumer Middle Initial/Middle Name: C

Consumer Last name:Cozzone

Consumer Suffix:

Property Address line 1:22 Montreal Street Property Address line 2:

Property Address line 3:

Property Address City/Town:Sanford

Property Address State:

Property Address zip code:04073

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:9/1/2022

Amount needed to cure the default:165,229.05 Consumer Address line 1:1 Butler Street, Apt. 11 Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Springvale

Consumer Address State:ME

Consumer Address zip code:04083

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 6:56 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84199
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Joan
Consumer Middle Initial/Middle Name: C
Consumer Last name:Cozzone
Consumer Suffix:
Property Address line 1:22 Montreal Street Property Address line 2:
Property Address line 3:
Property Address City/Town:Sanford
Property Address State:
Property Address zip code:04073
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:9/1/2022
Amount needed to cure the default:165,229.05 Consumer Address line 1:19 Goodwin Street, Apt. A Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Springvale
Consumer Address State:ME
Consumer Address zip code:04083

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 6:53 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032


-----

Consumer Information

-----

Consumer First name:Joan

Consumer Middle Initial/Middle Name: C

Consumer Last name:Cozzone

Consumer Suffix:

Property Address line 1:22 Montreal Street Property Address line 2:

Property Address line 3:

Property Address City/Town:Sanford

Property Address State:

Property Address zip code:04073

Property Address County:York


-----

Notification Details

-----

Date notice was mailed:9/1/2022

Amount needed to cure the default:165,229.05 Consumer Address line 1:22 Montreal Street Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Sanford

Consumer Address State:ME

Consumer Address zip code:04073

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 7:27 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84199
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Joan
Consumer Middle Initial/Middle Name: C
Consumer Last name:Cozzone
Consumer Suffix:
Property Address line 1:22 Montreal Street Property Address line 2:
Property Address line 3:
Property Address City/Town:Sanford
Property Address State:
Property Address zip code:04073
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:9/1/2022
Amount needed to cure the default:165,229.05 Consumer Address line 1:18B Rankin Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Springvale
Consumer Address State:ME
Consumer Address zip code:04083

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 7:03 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84199

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Michael

Consumer Middle Initial/Middle Name: M

Consumer Last name:Cozzone

Consumer Suffix: Jr.

Property Address line 1:22 Montreal Street Property Address line 2:

Property Address line 3:

Property Address City/Town:Sanford

Property Address State:

Property Address zip code:04073

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:9/1/2022

Amount needed to cure the default:165,229.05 Consumer Address line 1:1 Butler Street, Apt. 11 Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Springvale

Consumer Address State:ME

Consumer Address zip code:04083

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

## Haley Carter

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 7:02 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84199

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Michael

Consumer Middle Initial/Middle Name: M

Consumer Last name:Cozzone

Consumer Suffix: Jr.

Property Address line 1:22 Montreal Street Property Address line 2:

Property Address line 3:

Property Address City/Town:Sanford

Property Address State:

Property Address zip code:04073

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:9/1/2022

Amount needed to cure the default:165,229.05 Consumer Address line 1:428 Dow Highway Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Eliot

Consumer Address State:ME

Consumer Address zip code:03903

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 7:05 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84199
(888) 818-6032


-----

Consumer Information

-----


Consumer First name:Michael
Consumer Middle Initial/Middle Name: M
Consumer Last name:Cozzone
Consumer Suffix: Jr.
Property Address line 1:22 Montreal Street Property Address line 2:
Property Address line 3:
Property Address City/Town:Sanford
Property Address State:
Property Address zip code:04073
Property Address County:York


-----

Notification Details

-----


Date notice was mailed:9/1/2022
Amount needed to cure the default:165,229.05 Consumer Address line 1:22 Montreal Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Sanford
Consumer Address State:ME
Consumer Address zip code:04073

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, September 2, 2022 6:59 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84199

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Joan

Consumer Middle Initial/Middle Name: C

Consumer Last name:Cozzone

Consumer Suffix:

Property Address line 1:22 Montreal Street Property Address line 2:

Property Address line 3:

Property Address City/Town:Sanford

Property Address State:

Property Address zip code:04073

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:9/1/2022

Amount needed to cure the default:165,229.05 Consumer Address line 1:18B Rankin Street Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Springvale

Consumer Address State:ME

Consumer Address zip code:04083

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.



**CERTIFIED MAIL**

US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.06
SEP 01 2022

FIRST-CLASS

SO MAINE 041

9414 7266 9904 2200 4542 82

Doonan, Graves & Long
ATTORNEYS AT LAW | EXCELLENC
100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

Joan C. Cozzone
22 Montreal Street
-R-T-S-  04073-RFS-1N    *94 09/06/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

✳ R F S ✳

---

**CERTIFIED MAIL**

US POSTAGE PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.06
SEP 01 2022

FIRST-CLASS

9414 7266 9904 2200 4542 68

Doonan, Graves & L
ATTORNEYS AT LAW | EXCELL
100 CUMMINGS CENTER, S
BEVERLY, MASSACHUSETT

Joan C. Cozzone
18R Rankin Street
-R-T-S-  04083-RFS-1N    *94 09/07/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

✳ R F S ✳







**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLENC
100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

CERTIFIED MAIL

US POSTAGE ᴾᴵᵀⁿᵉʸ BOWES
$ 008.06⁰
ZIP 01915
02 7H
0001338074   SEP 01 2022

FIRST-CLASS

9414 7266 9904 2200 4542 20

Michael M. Cozzone, Jr
04073-RFS-1N   *94  09/06/22
-R-T-S-
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

※ R F S ※

