UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5, <br><br>Plaintiff, <br><br>vs. <br><br>Michael M. Cozzone, Jr and Joan C. Cozzone, <br><br>Defendants, <br><br>Mortgage Electronic Registration Systems, Inc. as nominee for Aegis Lending Corporation; <br>Reliant Loan Servicing, LLC; <br>Wells Fargo Bank, N.A.; <br>FIA Card Services, N.A.; and <br>Discover Bank <br><br>Parties-in-Interest | CIVIL ACTION NO: 2:22-cv-00357-JDL <br><br><br><br><br>JUDGMENT OF FORECLOSURE AND SALE <br><br>RE: VACANT PROPERTY <br>22 Montreal Street, Sanford, ME 04073 <br><br>Mortgage: <br>February 9, 2007 <br>Book 15133, Page 285 <br><br>York County Registry of Deeds |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on February 28, 2023. Plaintiff, U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5, was present and represented by Reneau J. Longoria, Esq. Defendants, Michael M. Cozzone, Jr and Joan C. Cozzone, did not appear; Party-In-Interest Reliant Loan Servicing, LLC did not appear; Party-In-Interest, Mortgage Electronic Registration Systems, Inc. as nominee for Aegis Lending Corporation did not appear; Party-In-Interest, Wells Fargo Bank, N.A. did not appear; Party-In-Interest, FIA Card Services, N.A. did not appear; and Party-In-Interest, Discover Bank did not appear.

JUDGMENT on Count I – Foreclosure and Sale and Count II – Receivership, Entry, and Property Preservation are hereby ENTERED as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 ("U.S. Bank, N.A.") the amount adjudged due and owing ($340,219.35) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank, N.A. shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $172,420.28 |
| Interest | $99,287.81 |
| Escrow/Impound Advance Balance | $41,532.32 |
| Late Charges | $187.86 |
| Loan Level Advance Balance | $26,779.09 |
| Interest on Advances | $11.99 |
| Grand Total | $340,219.35 |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank, N.A. the amount adjudged due and owing ($340,219.35) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322 (West 2022), their remaining rights to possession of the Sanford Property shall terminate, and U.S. Bank, N.A. shall conduct a public sale of the Sanford Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $340,219.35 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 6 of this Judgment, and in accordance with 14 M.R.S.A. §6324 (West 2022). U.S. Bank, N.A. may not seek a deficiency judgment against the Defendants pursuant to the Defendants', Michael M. Cozzone, Jr. and Joan C. Cozzone, Chapter 7 bankruptcy discharge

bankruptcy discharge, to the extent it limits and/or extinguishes Defendants' personal liability and Plaintiff's waiver of deficiency.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, U.S. Bank, N.A. may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F) (West 2022), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5  The Defendants are in breach of their loan obligation and the amount due and owing is $340,219.35.

6  The priority of interests is as follows:

• U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 has first priority, in the amount of $340,219.35, pursuant to the subject Note and Mortgage.

• Reliant Loan Servicing, LLC, who has been defaulted, is in second position behind Plaintiff's Mortgage pursuant to a Mortgage to Mortgage Electronic Registration Systems, Inc. as nominee for Aegis Lending Corporation, dated February 9, 2007, in the amount of $44,400.00, and recorded in the York County Registry of Deeds in Book 15133, Page 304, as affected by Assignment of Mortgage to Reliant Loan Servicing, LLC, dated October 24, 2018, and recorded in the York County Registry of Deeds in **Book 17833, Page 268.**

- Wells Fargo Bank, N.A., who has been defaulted, is in third position behind Plaintiff's Mortgage pursuant to a Writ of Execution, dated November 4, 2010, in the amount of $9,307.97, and recorded in the York County Registry of Deeds in Book 16035, Page 598.

- FIA Card Services, N.A., who has been defaulted, is in fourth position behind Plaintiff's Mortgage pursuant to a Writ of Execution, dated November 22, 2011, in the amount of $15,048.62, and recorded in the York County Registry of Deeds in Book 16226, Page 137.

- Discover Bank, who has been defaulted, is in fifth position behind the Plaintiff pursuant to a Writ of Execution, dated December 2, 2011, in the amount of $8,201.54, and recorded in the York County Registry of Deeds in Book 16242, Page 730.

- FIA Card Services, N.A, who has been defaulted, is in sixth position behind Plaintiff's Mortgage pursuant to a Writ of Execution, dated January 20, 2012, in the amount of $9,869.49, and recorded in the York County Registry of Deeds in Book 16275, Page 431.

- Michael M. Cozzone, Jr. and Joan C. Cozzone, have been defaulted, and they are in seventh position behind the Plaintiff.

7. The prejudgment interest rate/note rate is 6.97500%, *see* 14 M.R.S.A. § 1602-B (West 2022), and the post-judgment interest rate is 10.69%, pursuant to 14 M.R.S.A. § 1602-C (West 2022) (The one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue-December 2022, 4.69% plus 6% for a

total post-judgment interest rate of 10.69%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank, N.A., Successor Trustee to LaSalle Bank National Association, on Behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5<br>3815 South West Temple<br>Salt Lake City, UT 84115 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Joan C. Cozzone<br>19 Goodwin Street<br>Apt. A<br>Springvale, ME 04083 | N/A |
|  | Michael M. Cozzone, Jr<br>428 Dow Hwy<br>Eliot, ME 03903 | N/A |
| PARTIES-IN-INTEREST | Discover Bank<br>502 E. Market Street<br>Greenwood, DE 19950 | N/A |
|  | FIA Card Services<br>1100 North King Street<br>Wilmington, DE 19801 | N/A |
|  | Mortgage Electronic Registration Systems, Inc. as nominee for Aegis Lending Corporation<br>1818 Library Street, Suite 300<br>Reston, VA 20190 | N/A |

| PARTIES | COUNSEL |
|---|---|
| Reliant Loan Servicing, LLC<br>920 Cassatt Rd., Suite 210<br>Berwyn, PA 19312 | N/A |
| Wells Fargo Bank, NA<br>101 North Phillips Avenue<br>Sioux Falls, SD 57104 | N/A |

a) The docket number of this case is No. 2:22-cv-00357-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 22 Montreal Street, Sanford, ME 04073, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 22 Montreal Street, Sanford, ME 04073. The Mortgage was executed by the Defendants, Michael M. Cozzone, Jr and Joan C. Cozzone on February 9, 2007. The book and page number of the Mortgage in the York County Registry of Deeds is Book 15133, Page 285.

e) The Defendants, Michael M. Cozzone, Jr. and Joan C. Cozzone, having failed to comply with the terms of the Note, the object of this litigation, are in breach of both the Note and Mortgage. Defendants', Michael M. Cozzone, Jr. and Joan C. Cozzone, liability is limited and/or extinguished by the Chapter 7 bankruptcy filed which resulted in a bankruptcy discharge.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 22 Montreal Street, Sanford, ME 04073.

6

    f)   This Judgment shall also appoint Plaintiff as Receiver of the property, grant entry for property preservation, maintenance and insurance.

**SO ORDERED.**

Dated: March 9, 2023

                                      /s/ Jon D. Levy
                                    **CHIEF U.S. DISTRICT JUDGE**